AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Christopher Green,

                          JUDGMENT IN A CIVIL CASE

        v.                    CASE NUMBER: CV516-50, CR 597-3,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/12/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



| | |
|---|---|
| 1/13/17 | Scott L. Poff |
| Date | Clerk |
| | *Walker Prescott* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03